STATE OF HAWAII *v.* KAHUA RANCH, LIMITED.

No. 4211.

November 15, 1963.

Tsukiyama, C.J., Cassidy, Wirtz, JJ., Circuit Judge Jamieson, in Place of Lewis, J., Disqualified, and Circuit Judge Hawkins, in Place of Mizuha, J., Disqualified.

*Per Curiam.* The petition for rehearing is granted. Argument will be had on January 21, 1964 at 9:00 A.M.

Briefs supplementary to the memoranda on file in connection with the petition may be filed as follows:

The Opening Brief within 20 days, the Answering Brief within 40 days and the Reply Brief within 55 days from the date hereof.

*Frank D. Padgett* (*Robertson, Castle & Anthony* with him on the briefs) for defendant-appellant.

*Bert Kobayashi,* Attorney General, and *Andrew S. O. Lee,* Deputy Attorney General (*Shiro Kashiwa,* Attorney General, *Andrew S. O. Lee,* Deputy Attorney General, and *Morio Omori,* Special Deputy Attorney General, on the brief) for plaintiff-appellee.